IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MILLIGAN                                                                                    PLAINTIFF

v.                                         No. 4:06CV00368 JMM

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

For the reasons stated in the separate order filed this date, the decision of the Commissioner of the Social Security Administration denying plaintiff's claim for disability insurance benefits and supplemental security income is hereby AFFIRMED. Judgement is hereby entered in favor of the Commissioner and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 9th day of July, 2007.

_____
James M. Moody
United States District Judge